UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NGK DEERWOOD CAPITAL INVESTMENTS, LLC, ) ) ) Plaintiff, ) ) vs. ) PUSH IT 2 THE LIMIT LLC, ) ) Defendant. ) ) ) ) ) ) | Case No. 4:25 CV 82 CDP |

## **MEMORANDUM AND ORDER**

Given plaintiff's filing of an amended complaint in accordance with the Memorandum and Order dated August 18, 2025, the Court will require plaintiff to serve a copy of the amended complaint (ECF 19) upon defendant by mail, along with a copy of the Clerk's Entry of Default dated June 17, 2025 (ECF 13), defendant's motion for default judgment and supporting memorandum (ECF 10, 11), the Court's August 18, 2025 Memorandum and Order (ECF 18), and this Memorandum and Order.  Plaintiff shall then file a certificate of compliance upon completion of mailing.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall serve a copy of the amended complaint (ECF 19) upon defendant by mail, along with a copy of the Clerk's Entry of Default dated June 17, 2025 (ECF 13), defendant's motion for

default judgment and the supporting memorandum (ECF 10, 11), the Court's August 18, 2025 Memorandum and Order (ECF 18), and this Memorandum and Order.

**IT IS FURTHER ORDERED** that plaintiff shall file a certificate of compliance upon completion of mailing in accordance with this Memorandum and Order.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of August, 2025.